# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

## CLERK'S MINUTES
## Suppression Hearing

### Case Number: 6:16-CR-11-ORL-40GJK

| UNITED STATES OF AMERICA | Government Counsel: | Karen Gable |
|---|---|---|
| **Plaintiff.** | | |
| -v- | | |
| RYAN ANTHONY ADAMS | Defense Counsel: | Nicole Mouakar |
| | | James Skuthan |
| **Defendant.** | | |

| District Judge: | **Paul G. Byron** | Court Reporter: | Suzanne Trimble |
|---|---|---|---|
| Courtroom Clerk: | N. L. Leiter | Interpreter: | None |
| Date: | July 11, 2016 | Time:<br>Total Time: | 10:02 am to 3:56 pm<br>Three hours and Fifty-six minutes |

(Doc. 36)   Defendant's Motion to Suppress Evidence

---

| | |
|---|---|
| 10:02 am | Convene |
| | Appearances |
| 10:03 am | Government as to the status of the hearing and objection to the defendant's expert |
| 10:04 am | Court as to defendant's expert's testimony |
| 10:07 am | Defendant takes up a preliminary matter - DISCOVERY (Mouakar) |
| 10:15 am | Government responds to the Defendant's discovery issue. (Gable) |
| 10:20 am | Court directs Defense to get with Government within (7) days as to the discovery issue, and if not worked out, get a hearing time before the Magistrate Judge. |
| 10:21 am | **Richard Donald Connor Jr. - sworn** |
| | Direct by Defense (Mouakar) |
| 11:20 am | Cross by Government (Gable) |
| 11:24 am | Re-Direct by Defense (Mouakar) |
| 11:26 am | Court inquires of the witness. |
| 11:34 am | Defense follow-up question. (Mouakar) |
| 11:41 am | **Daniel Alfin - sworn** |
| | Direct by Government (Gable) |
| 11:52 am | Break |
| 12:06 pm | Resume |
| 12:39 pm | Cross by Defense (Mouakar) |

| Time | Event |
|---|---|
| 1:06pm | Re-Direct by Government (Gable) |
| 1:08 pm | Break. Hearing to resume at 3:00 pm |
| 3:05 pm | Re-convene |
| 3:06 pm | Closing Argument by Defense (Mouakar) |
| 3:19 pm | Court inquires of AFPD Mouakar |
| 3:30 pm | Closing Argument by Government (Gable) |
| 3:46 pm | Court inquires of AUSA Gable |
| 3:48 pm | Rebuttal argument Defense (Mouakar) |
| 3:56 pm | Court takes Defendant's Motion to Suppress under advisement. |