

# EXHIBIT LIST

___PLAINTIFF    X_DEFENDANT    ___JOINT

___GOVERNMENT ___COURT

CASE NO.   6:16-cr-11-Orl-40GJK
STYLE:     *U.S. v. Ryan Anthony Adams*

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS / STIPULATED ADMISSIONS[1] | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 1 | | | | | C.V. of Richard Connor, Jr. |
| 2 | | | | | NIT Log Screenshot (Overview) |
| 3 | 7/11/16 | 7/11/16 | Connor | | NIT Log Screenshot (NIT Hits) |
| 4 | | | | | NIT Log Screenshot (IP Activity) |
| 5 | 7/11/16 | 7/11/16 | Alfin | | Screen Shot |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

---

[1] Use a code (e.g. "A" or "*") in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.