# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 6:16-cr-11-Orl-40GJK

RYAN ANTHONY ADAMS,

    Defendant.
_____/

### NOTICE OF WITNESSES AT SENTENCING

The Defendant, Ryan Anthony Adams, by and through his undersigned counsel, hereby files this notice that he will be calling witnesses on his behalf at sentencing. It is anticipated that Dr. Eric Imhof and Ms. Tracy Adams will testify.

It is expected and anticipated that Dr. Imhof will testify in furtherance of his written evaluation and report to opine that even after viewing the images and videos in Mr. Adams case, he presents a low, if non-existent, risk to re-offend. Dr. Imhof's report was submitted to the Court as a part of the Sentencing Memorandum. (Doc. 93). Additionally, this report was provided to the Government on October 28, 2016. (*See* Email dated October 28, 2016).

Ms. Tracy Adams will also testify on behalf of her son, Mr. Adams. Ms. Adams will testify as to her son's character, remorse for his offense, and compliance with Court's Order regarding conditions of pretrial release.

    DONNA LEE ELM
    FEDERAL DEFENDER

    */s/ Nicole Mouakar*
    Nicole Mouakar

Assistant Federal Defender
Florida Bar No. 0074389
201 South Orange Avenue, Suite 300
Orlando, FL 32801
Telephone: 407-648-6338
Fax: 407-648-6095
E-Mail: Nicole_Mouakar@fd.org

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Sentencing Memorandum was submitted to the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the following: Karen Gable, Assistant United States Attorney, on this 1st day of December, 2016.

　　　　　　　　　　　　　　　　　　　　 */s/ Nicole Mouakar*
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant



**Fw: Motion to Continue Sentencing and Expert Reports per scheduling order - Ryan Adams**

**Nicole Mouakar** to: Gable, Karen (USAFLM)     10/28/2016 04:29 PM

Please see the attachments.



2016-07-23 Report from Dr. Imhoff.pdf



3-28-16- Polygraph Report.pdf

V/r,

Nicole Mouakar, Assistant Federal Public Defender
Office of the Federal Defender
201 South Orange Avenue, Suite 300
Orlando, Florida 32801
Direct Telephone: 407-722-8851
Telephone: 407-648-6338, extension 1120
Fax: 407-648-6765 or 6095
Email: Nicole_Mouakar@fd.org

This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail and delete this e-mail. Thank you for your cooperation.

----- Forwarded by Nicole Mouakar/FLMF/11/FDO on 10/28/2016 04:27 PM -----

| | |
|---|---|
| From: | Nicole Mouakar/FLMF/11/FDO |
| To: | "Gable, Karen (USAFLM)" <Karen.Gable@usdoj.gov> |
| Date: | 10/28/2016 04:04 PM |
| Subject: | Motion to Continue Sentencing and Expert Reports per scheduling order- Ryan Adams |

Karen,

Per the scheduling order, attached please find the expert report by Dr. Imhof and the polygraph examination by Mr. Jerald. Additionally, should it become necessary, Richard Connor will testify that there was no forensic evidence indicating Mr. Adams traded or distributed child pornography.

Do you have any experts and/or reports that you will be presenting at sentencing?

Lastly, I am requesting a brief continuance on Mr. Ryan's sentencing due to our expert's availability. Do you oppose? Please let me know so that I can file the motion.

V/r,

Nicole Mouakar, Assistant Federal Public Defender

Office of the Federal Defender
201 South Orange Avenue, Suite 300
Orlando, Florida 32801
Direct Telephone: 407-722-8851
Telephone: 407-648-6338, extension 1120
Fax: 407-648-6765 or 6095
Email: Nicole_Mouakar@fd.org

This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail and delete this e-mail. Thank you for your cooperation.